7338.   WILLIAMS *v.* McLAIN.

BROYLES, J. Only the insufficiency of the evidence to support the verdict is here complained of. There was some evidence to support the finding of the jury, and the appellate division of the municipal court of Atlanta did not err in overruling the motion for a new trial.

     *Judgment affirmed.*

DECIDED SEPTEMBER 21, 1916.

Action for damages; from municipal court of Atlanta. February 4, 1916.

*Lamar Hill, J. A. Drake,* for plaintiff in error.

*W. H. Lewis, P. L. Lindsay, Howell Brooke,* contra.